# Third District Court of Appeal

## State of Florida

Opinion filed May 30, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-726
Lower Tribunal No. 72-722882
_____

**The State of Florida,**
Appellant,

vs.

**Ray Bradley,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Miguel M. De La O, Judge.

Pamela Jo Bondi, Attorney General, and Nikole Hiciano, Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender, and Jonathan Greenberg, Assistant Public Defender, for appellee.

Holland & Knight and Frances Guasch De La Guardia; Miriam Ramos, City Attorney, for City of Coral Gables, as amicus curiae.

Before ROTHENBERG, C.J., and SUAREZ and SALTER, JJ.

PER CURIAM.

We affirm the order below requiring resentencing pursuant to Florida Rule of Criminal Procedure 3.800(a), <u>Miller v. Alabama</u>, 567 U.S. 460 (2012), and <u>Atwell v. State</u>, 197 So. 3d 1040 (Fla. 2016). As requested by the State, we acknowledge pipeline eligibility in the Florida Supreme Court based on that Court's pending decision in <u>State v. Michel</u>, No. SC16-2187 (order accepting jurisdiction, Jan. 18, 2017).

Affirmed.